UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



William M McGurgan          3576108

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**            **CIVIL ACTION NO.** 2:20-cv-00157
                     *(Number to be assigned by Court)*

Miss Leah P Macia
in her indivial capcity

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2.  Court (if federal court, name the district; if state court, name the county);

    _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

2

II. **Place of Present Confinement:** South Central Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____      No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: grievance does not cover constitutional issues, etc defendant not under conviction

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: William McGurgan

        Address: 1001 Centeral Way, Charleston

    B. Additional Plaintiff(s) and Address(es): No

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Leah P Macia, in individual capicity

is employed as: Assistant public defender

at 816 Quarrier St, Charleston

D. Additional defendants: ~~[scribbled out]~~

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

defendant has refused to file for Needed documents, and evidance needed in her clients behalf. to prove he's not guilty

Plaintiff has written numberous letters to the defendant seeking her to file the proper documents to obtain the 2nd Breatherlizer test results, taken on Dec 24/2019 at charleston Police station.

4

IV. **Statement of Claim (continued):**

defendant faild to file for the body cam of Officer R.K. Mark, Body cam will show that plaintiff truck was parked before Officer Marks arrived at McDonalds. on Dec 24/2019.

*see attached statement of claim*

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff is seeking the defendant Miss Leah P. Macia to be removed from the Plubic defenders Office and not permitted to work another civil service job.

Plaintiff is seeking 5.5. million dollars due to failure of defending plaintiff constitutional Rights in case# 19-M20M-13998 and his parole revocation hearing

5

V. **Relief (continued)):**

Plaintiff is seeking case 19-M20M-13998 and plaintiff parole revocation case to be overturned due to ineffective counsel by Leah P. Macia

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        James Meadows

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No __✓__

    If so, state the name(s) and address(es) of each lawyer contacted:

    If not, state your reasons: _____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No __✓__

Statement of claim

(5) Defendant was fully informed about plaintiff witness, Clifford Edwards willing to give testimony in behalf of the plaintiff.

Defendant refused to make sure plaintiff witness was at the hearings.

(6) Plaintiff is being denied the right to confront his accusers by defendant. There was a 911 call to the police on Dec 24/2019, where the caller claimed that Plaintiff was drunk.

Plaintiff has requested numerous time the defendant will file motion of discovery to find out the Identy of this caller and summon them into court.

Defendant has refused

(5)

5and.

By defendants refusel to comply with Plaintiff request, Plaintiff is being denied his constitutional rights to confront his Accuser And to cross-examine the 911 caller.

6. Defendant, failed to protect my miranda right, (5th amendment) U.S. Constitution Plaintiff was not provided his 5th amendment right, by Officer R.K Marks And counsel refused to obtain bodycam And refused to question the two other Officer that was at the arrest of the plaintiff on Dec 24/2019

③

7. By the defendants failure to protect plaintiff constitutional rights. Plaintiff has been denied the right to a fair trail. Plaintiff is being denied the rights of Discovery, confrontation of my Accuser, right to cross-examine my Accuser. Being denied endance that will prove Plaintiff is not guilty of D.U.I. And there is not guilty of the parole revacation where he will be returned to prison for the duration of his life. All because an Attorney that dose not work for her client.

8. Defendant did not get a board for her client. (No bail)

(a) by the defendant, Leah P. Macia not filing the proper documents to get Officer R.K. Marks body cam, is so much evidance on this body cam it can overturn the duI case and the parole Revocation case,

Counselor Leah P Macia Additude is She does not care, She is not the one going back to prison for life.

Why Counselor Leah P Macia has refused her client. William McGurgan the constitutional Right to this evidance that will clear McGurgan of the D.U.I case. This Body cam will prove that McGurgan was not driving the truck, truck was parked in the parking lot at McDonalds on Dec 24/2019

9. Bodycam will prove that Officer Marks did not provide McGurgan of his Miranda rights (5th Amend). It will prove that McGurgan was walking into McDonalds when Officer Marks approch McGurgan.

So, if McGurgan was not driving and the truck was parked, and Officer Marks did not provide McGurgan with his Miranda rights, and McGurgan was approched by Marks as McGurgan was walking into McDonalds. How can there be any D.U.I. or parole revocation?

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____2/25/20_____.
           (Date)

_____*William M<sup>c</sup>Gueegan*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7